UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

NYKAZA GEE,                          )
                                     )
           Petitioner,               )
                                     )
v.                                   )    No. 1:09-cv-1482-SEB-TAB
                                     )
MARK LEVENHAGEN, Superintendent,     )
                                     )
           Respondent.               )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 06/01/2010

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Nykaza Gee
DOC #127839
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, IN   46064-9001

kelly.miklos@atg.in.gov